UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In Re: | ) | Bankr. No. 11-50289 |
| | ) | Chapter 7 |
| RONALD DEAN FOSTER | ) | |
| aka Ronald D. Foster | ) | MOTION FOR TURNOVER |
| aka Ron Foster | ) | |
| aka Ron D. Foster | ) | |
| SSN/ITINxxx-xx-5560 | ) | |
| | ) | |
| Debtor. | ) | |

Chapter 7 Trustee ("Trustee") moves for turnover of property to the chapter 7 estate, and in support of the Motion states that:

1. Ronald Dean Foster ("Debtor") filed a petition for relief under Chapter 7 on June 29, 2011.

2. This motion is filed pursuant to 11 U.S.C. §521(4).

3. This Court has jurisdiction pursuant to 28 U.S.C. §§1334 and 157.

4. Debtor scheduled a 1941 Knucklehead Motorcycle at a value of $800.00 and claimed exemption value in the vehicle of $800.00. Trustee is informed and believes the motorcycle would sell at public auction for between $5,000.00 and $10,000.00.

5. Debtor scheduled accrued wages of an unknown value and claimed exemption value of $0. Trustee has estimated Debtor was owed accrued wages at filing of $813.00.

6. Debtor scheduled a 350 motor at a value of $200.00 and exempted value in the asset of $100.00.

Trustee requests that Debtor be ordered to turn over:

1. The 1941 Knucklehead Motorcycle to be sold at public auction subject to Debtor's exemption claim;
2. The sum of $913.00 representing accrued wages and the motor equity of $100.00 not claimed exempt.

September 9, 2011

<u>/s/ John S. Lovald</u>
John S. Lovald
Chapter 7 Trustee
Box 421
Deadwood, SD 57732
605-720-7960
Fax: 605-720-7963
